IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEHIGH GAS WHOLESALE, LLC, et al.** : | CIVIL ACTION |
| : | |
| v. : | NO. 23-953 |
| : | |
| **BREAKTIME CORNER MARKET,** : | |
| **LLC, et al.** : | |

## O R D E R

**AND NOW,** this 21st day of December, 2023, **IT IS HEREBY ORDERED** that:

1. The Defendants' renewed motion to dismiss for lack of personal jurisdiction [Doc. 8] is **GRANTED**.

2. The Clerk shall transfer this matter to the United States District Court for the Southern District of Texas pursuant to 28 U.S.C. § 1631.

BY THE COURT:

/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.